

| | | |
|---|---|---|
| **BRUCE A. BLAKEMAN**<br>County Executive | | **THOMAS A. ADAMS**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

January 30, 2026

**VIA ECF**

Hon. James M. Wicks
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:   Matthew Giglio v. P.O. Frederick Tesoro, *et al.*
           2:23-cv-02544 (GRB)(JMW)

Dear Judge Wicks:

    I write in advance of next week's court conference to inform the Court that, in an effort to try and move the inventory of cases pending against Nassau County more expeditiously, certain cases have been referred to outside counsel for representation. This case is one of the cases which is being referred to outside counsel; while I have not been informed as of yet which firm will be taking over representation, I wanted to give the Court and opposing counsel this update. I will not file a motion to withdraw as counsel of record until such time as new counsel has been specified and filed a notice of appearance with the Court.

    Respectfully submitted,

    /s/ *Steven V. Dalton*
    Steven V. Dalton
    Deputy County Attorney

cc:   All Counsel of Record via ECF

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684, 6604